Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for Precious Bailey

FILED

2005 AUG -3 P 2: 50

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY_____
    DEPUTY

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN

DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-F-05-0069 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE DATE FOR MOTIONS HEARING and PROPOSED ORDER |
| vs. | ) | |
| PRECIOUS BAILEY, et al., | ) | Date: August 1, 2005<br>Time: 9:00 a.m. |
| Defendants. | ) | Court: Hon. Oliver W. Wanger |

The United States of America, by and through Jon Conklin, Assistant United States Attorney, and defendant Precious Bailey, by and through her attorney of record, Patience Milrod, hereby agree and stipulate to continue the motions hearing date in this matter from August 1, 2005 until August 29, 2005 at 9:00 a.m.

The parties request this continuance of the motions hearing due to the fact that defense counsel will be absent from the state for 9 days immediately following the scheduled meeting with the prosecutor and the agent, leaving insufficient time to negotiate the outstanding discovery disputes, or for counsel convey to her client the

information gleaned from the meeting.

The parties agree that time will be excluded through and until the Court's ruling on the discovery motion to be heard August 29, 2005.

IT IS SO STIPULATED.

Dated: July 18, 2005

_____/s/_____
PATIENCE MILROD
Attorney for PRECIOUS BAILEY

Dated: 7/18/05

McGREGOR W. SCOTT
United States Attorney

_____
By JON CONKLIN
Assistant United States Attorney

### ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the defendant Precious Bailey's motions hearing be continued from August 1, 2005 until August 29, 2005 at 9:00 a.m. The August 1, 2005 hearing date is hereby vacated. Time is excluded through and until the ruling on the motions.

IT IS SO ORDERED.

Dated: 8-2-05

_____
HON. OLIVER W. WANGER
Judge of the Eastern District