# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
2005 AUG 19 P 2: 01
U.S. DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| vs. | ) Case No. 1:05-CR-69-OWW |
| Precisous Bailey | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Precious Bailey_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

The $50,000 property bond secured by equity in the property of Shontelle Crawford and Wesley Crawford, located at 805 El Toro, Bakersfield, California, that is to be forfeited in the event the defendant fails to appear or fails to abide by any of the conditions of release, shall be exonerated upon execution of a $50,000 unsecured bond signed by Wesley Crawford. The unsecured bond shall be replaced three weeks from the date Mr. Crawford signs the unsecured bond by a $50,000 property bond secured by equity in the property of Shontelle Crawford and Wesley Crawford, located at 805 El Toro, Bakersfield, California.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Precious Bailey_ 7/29/2005         _[signature]_ 8-2-2005
Signature of Defendant    Date    Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                          7-22-05
Signature of Assistant United States Attorney         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                          August 12, 2005
Signature of Defense Counsel                          Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _Aug. 19, 2005_.
[ ] The above modification of conditions of release is *not* ordered.

_[signature] SM SNYDER_                               8/19/05
Signature of Judicial Officer                          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services