ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
PRECIOUS RACHELLE BAILEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-05-00069 OWW |
| Plaintiff, | NOTICE OF SUBSTITUTION OF ATTORNEYS AND ORDER |
| vs. | |
| PRECIOUS RACHELLE BAILEY, | |
| Defendant. | |

   PLEASE TAKE NOTICE that the Defendant, PRECIOUS RACHELLE BAILEY, hereby, substitutes as her attorney-of-record, ANTHONY P. CAPOZZI, Law offices of Anthony P. Capozzi, in the place of the PATIENCE MILROD for the above entitled case.

/ / /

/ / /

/ / /

The location and mailing address for the Law Offices of Anthony P. Capozzi is 1233 W. Shaw Avenue, Suite 102, Fresno, California, 93711-3718. Mr. Capozzi also may be contacted by telephone at (559) 221-0200, via facsimile at (559) 221-7997 or by e-mail at capozzilaw@aol.com.

Dated:   September 6, 2005

                                    /s/ Precious R. Bailey
                                 PRECIOUS RACHELLE BAILEY

Dated:   September 6, 2005

                                    /s/ Anthony P. Capozzi
                                 ANTHONY P. CAPOZZI,
                                 Attorney for the Defendant,
                                 PRECIOUS RACHELLE BAILEY

Dated:   September 2, 2005

                                    /s/ Patience Milrod
                                 PATIENCE MILROD

**ORDER**

IT IS HEREBY ORDERED THAT ANTHONY P. CAPOZZI, ESQ., BE SUBSTITUTED IN AS ATTORNEY OF RECORD FOR PRECIOUS RACHELLE BAILEY IN PLACE OF PATIENCE MILROD.

The Court Clerk's office shall make note of the Substitution of Attorneys in the court file and shall forward all correspondence and pleadings to Mr. Anthony P. Capozzi, Esq., at the above listed address for the Law Offices of Anthony P. Capozzi.

Dated:     September 7, 2005

                              /s/Oliver W. Wanger
                              Honorable Oliver W. Wanger