ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
PRECIOUS RACHELLE BAILEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-05-00069 OWW |
| Plaintiff, | ) STIPULATION TO CONTINUE PROPERTY ) BOND FILING AND PROPOSED ORDER |
| vs. | ) |
| PRECIOUS RACHELLE BAILEY, | ) |
| Defendant. | ) |

PRECIOUS RACHELLE BAILEY, by and through her attorney, ANTHONY P. CAPOZZI, and the United States, by and through Assistant United States Attorney, Jonathon B. Conklin, hereby stipulate that the Property Bond to be re-filed in this matter on September 21, 2005, be continued to be filed on October 5, 2005.

/ / /

/ / /

/ / /

1

Stipulation to Continue
Property Bond Filing

Said continuance is requested due to the fact that Mr. Capozzi was recently appointed to represent Ms. Bailey and was only made aware of the Bond issue on September 13, 2005. In addition, Mr. Capozzi has been in contact with the Mortgage company and the loan in question has yet to close escrow.

Respectfully submitted,

Dated: September 22, 2005

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant,
PRECIOUS RACHELLE BAILEY

Dated: September 23, 2005

/s/ Jonathon B. Conklin
JONATHON B. CONKLIN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED, good cause having been shown, that the Property Bond scheduled to be re-filed on September 21, 2005, be continued and shall be filed with the Court by October 5, 2005.

Dated:    September _28__, 2005

/s/ LAWRENCE J. O'NEILL for
_____
HON. SANDRA M. SNYDER
U.S. District Court Magistrate Judge

Stipulation to Continue
Property Bond Filing