Patience Milrod # 77466
Law Office of Patience Milrod
844 North Van Ness Avenue
Fresno, California 93728
559/442-3111
Fax: 559/442-3164

Attorney for Defendant PRECIOUS BAILEY

FILED

2005 SEP 28 A 10: 43

CLERK, US DIST. COURT
[illegible] CALIF
BY_____

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>Plaintiff,                    )<br>                              )<br>vs.                           )<br>                              )<br>PRECIOUS BAILEY, et al.,      )<br>                              )<br>Defendants.                   )<br>_____) | Case No. CR-F-05-0069 OWW<br><br>**DEFENDANT'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY** |

Defendant Precious Bailey, through counsel Patience Milrod, hereby requests an order exonerating the property bond and for reconveyance of real property in this action.

On March 3, 2005, defendant Precious Bailey made an initial appearance in this matter. On March 16, 2005, the Honorable Lawrence O'Neill, ordered Precious Bailey released from custody on a $50,000 property bond. Real property owned by Wesley and Shontelle Crawford was to be posted as collateral for the property bond. On April 21, 2005, a certified copy of the deed of trust was received by the court. (See docket entry #15).

On August 22, 2005 the Honorable Sandra Snyder ordered that the property bond be modified to an unsecured bond (See docket entry #28). On August 24, 2005 Wesley and Shontelle Crawford signed an appearance bond in the amount of $50,000. (See docket entry #29) Ms. Bailey is currently awaiting trial. It is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Wesley and Shontelle Crawford

Date: August 25, 2005                                         Respectfully submitted,


_/s/ __Patience Milrod_____
PATIENCE MILROD
Attorney for Defendant Precious Bailey


# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Wesley and Shontelle Crawford.

IT IS SO ORDERED.

Dated:   9-26-05

_____
HON. OLIVER W. WANGER
Judge of the Eastern District